ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| 3Vesta LLC | ) | ASBCA No. 63399 |
| | ) | |
| Under Contract No. W52P1J-18-D-A121 | ) | |

APPEARANCES FOR THE APPELLANT:    Lucas T. Hanback, Esq.
   Rogers Joseph O'Donnell, PC
   Washington, DC

                                                   Cindy Lopez, Esq.
   Rogers Joseph O'Donnell, PC
   San Francisco, CA

                                                   Thomas M. Brownell, Esq.
   Holland & Knight
   Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
   Army Chief Trial Attorney
  MAJ Nhu T. Tran, JA
  CPT Dmitrius Ramon Mcgruder, JA
   Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 5, 2023

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63399, Appeal of 3Vesta LLC, rendered in conformance with the Board's Charter.

Dated:  June 5, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals